McGREGOR W. SCOTT
United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO JAVIER HERRERA-REYES,<br><br>Defendant. | CASE NO. 1:20-CR-00021-NONE-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: March 20, 2020<br>TIME: 8:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 20, 2020.

2. By this stipulation, defendant now moves to continue the status conference until April 3, 2020, and to exclude time between March 20, 2020, and April 3, 2020, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes the defendant's Department of Homeland Security Immigration File, or A-File. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendant desires additional time to review that discovery, as well as to review the Presentence Investigation Report. The Office of Probation has advised that a

continuance until the week of March 30, 2020 will be necessary to allow sufficient time to produce that report to the parties for review.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 20, 2020 to April 3, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 21, 2020      McGREGOR W. SCOTT
                  United States Attorney

                  /s/ LAURA D. WITHERS
                  LAURA D. WITHERS
                  Assistant United States Attorney

Dated: February 21, 2020         /s/ BENJAMIN A. GERSON
                                 BENJAMIN A. GERSON
                                 Counsel for Defendant
                                 FRANCISCO JAVIER
                                 HERRERA-REYES

**ORDER**

IT IS SO ORDERED.

Dated:   **February 21, 2020**         _/s/ Dale A. Drozd_
                                       UNITED STATES DISTRICT JUDGE